Alex Asil Mashiri, Esq. (SBN 283798)
alexmashiri@yahoo.com
**MASHIRI LAW FIRM**
A Professional Corporation
11251 Rancho Carmel Drive #500694
San Diego, CA 92150
Telephone: (858) 348-4938
Fax: (858) 348-4939

Tamim Jami, Esq. (SBN 311351)
tamim@jamilaw.com
**THE JAMI LAW FIRM P.C.**
3525 Del Mar Heights Rd #941
San Diego, CA 92130
Telephone: (858) 284-0248
Fax: (858) 284-0977

Attorney for Plaintiff:
SURAYA POPAL

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURAYA POPAL, individually and on behalf of others similarly situated, | Case No. 3:17-cv-00042-BTM-BGS |
| Plaintiff, | **JOINT MOTION TO DISMISS** |
| v. | |
| BANK OF AMERICA, | |
| Defendant. | |

    Plaintiff SURAYA POPAL and Defendant BANK OF AMERICA jointly move the Court to dismiss Plaintiff's individual claims with prejudice and the class claims *without* prejudice. Each party to bear their own respective attorney's fees, expenses

and costs.

Respectfully submitted,

DATED: June 27, 2017          **MASHIRI LAW FIRM**
A Professional Corporation

By: /s/ Alex Asil Mashiri
Alex Asil Mashiri
Attorney for Plaintiff,
SURAYA POPAL

DATED: June 27, 2017          MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Joseph Duffy
Joseph Duffy
Attorneys for Defendant
Bank of America, N.A.

## SIGNATURE CERTIFICATION

Pursuant to Section 2.f.4 of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Mr. Joseph Duffy counsel for Defendant and that I have obtained Mr. Duffy's approval for his electronic signature to this document.

DATED: June 27, 2017     **MASHIRI LAW FIRM**
A Professional Corporation

By: /s/Alex Asil Mashiri
Alex Asil Mashiri
Attorney for Plaintiff,
SURAYA POPAL

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2017, I electronically filed the foregoing **JOINT MOTION TO DISMISS** with the Clerk of the Court for the United States District Court, Southern District of California by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

DATED: June 27, 2017    **MASHIRI LAW FIRM**
A Professional Corporation

By: /s/Alex Asil Mashiri
Alex Asil Mashiri
Attorney for Plaintiff,
SURAYA POPAL