# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURAYA POPAL, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA,<br><br>Defendant. | Case No. 3:17-cv-00042-BTM-BGS<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |

Pending before the Court is the parties' joint motion to dismiss Plaintiff SURAYA POPAL's individual claims with prejudice and the class claims *without* prejudice. Having read the moving papers, and good cause appearing, the court **GRANTS** the motion, and **DISMISSES WITH PREJUDICE** Plaintiff's individual claims and **DISMISSES WITHOUT PREJUDICE** the class claims. Each party shall bear their own costs and expenses.

**IT IS SO ORDERED.**

**DATED:** July 5, 2017

_____
Hon. Judge Barry Ted Moskowitz
United States District Judge